UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| JAMES EDWARD ALLEN, | Civil Action No.: 8:09-cv-00121-HFF |
| Plaintiff, | |
| vs. | |
| KENNAMETAL, INC., | |
| Defendant. | |

## ORDER ON MOTION TO STAY

The motion of the parties to stay the remaining deadlines in this case pending an outcome of the mediation or the Court's ruling on Defendant's Motion for Summary Judgment having been carefully considered by the Court, and for good cause shown, the same is hereby granted. It is hereby ordered that all proceedings in the case, except for mediation, are hereby stayed until further order of the Court.

**IT IS SO ORDERED**.

s/Henry F. Floyd

HENRY F. FLOYD
UNITED STATES DISTRICT JUDGE

Spartanburg, South Carolina
Date: September 28, 2009